```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01076
    ANTHONY L WALKER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5759


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/18/2008 and was confirmed 03/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/20/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AMERICAS FINANCIAL CHOIC   UNSECURED       1139.72            .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED           .00            .00
CHECK N GO                 UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED        580.00            .00            .00
COMCAST                    UNSECURED      NOT FILED           .00            .00
FIRST BANK OF DELWARE      UNSECURED      NOT FILED           .00            .00
FIRST CASH ADVANCE         UNSECURED      NOT FILED           .00            .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED           .00            .00
GENEVA ROTH VENTURES       UNSECURED      NOT FILED           .00            .00
ILLIANA HEATING & AC       UNSECURED      NOT FILED           .00            .00
ISAC                       NOTICE ONLY    NOT FILED           .00            .00
XPRESS LOAN SHOP           UNSECURED      NOT FILED           .00            .00
NATIONAL QUICK CASH #457   UNSECURED      NOT FILED           .00            .00
NATIONWIDE CASH ADVANCE    UNSECURED      NOT FILED           .00            .00
NICOR GAS                  UNSECURED      NOT FILED           .00            .00
PAYDAY SVC                 UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED      NOT FILED           .00            .00
RMI/MCSI                   UNSECURED       1250.00            .00            .00
SALLIE MAE INC             UNSECURED      12490.38            .00            .00
TRS RECOVERY SVC           UNSECURED      NOT FILED           .00            .00
VILLAGE OF DOLTON DEPT O   UNSECURED      NOT FILED           .00            .00
ZIPCASH LOANS              UNSECURED      NOT FILED           .00            .00
CONDOR CAPITAL CORP        SECURED VEHIC  14231.52         390.95         2039.05
CONDOR CAPITAL CORP        UNSECURED      NOT FILED           .00            .00
MIDFIRST BANK              CURRENT MORTG       .00            .00            .00
MIDFIRST BANK              MORTGAGE ARRE    720.33            .00         720.33
INTERNAL REVENUE SERVICE   PRIORITY          23.67            .00          23.67
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED           .00            .00
LONG BEACH ACCEPTANCE      UNSECURED       2874.97            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           .00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01076 ANTHONY L WALKER
```

```
ISAC                       UNSECURED         7076.10              .00            .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                            276.00
DEBTOR REFUND              REFUND                                           1,100.00
```

     Summary of Receipts and Disbursements:
```
----------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  4,550.00

PRIORITY                                           23.67
SECURED                                         2,759.38
    INTEREST                                      390.95
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              276.00
DEBTOR REFUND                                   1,100.00
                        ---------------      ---------------
TOTALS                    4,550.00              4,550.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 02/25/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```